

FILED
MAR 12 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| Angela D. Hayes, et al | ) | CASE NO. 1:21-cv-00304-SO |
| Plaintiff, | ) | |
| -vs- | | |
| The City of Cleveland, et al | ) | JUDGE OLIVER SOLOMON |
| Defendants | ) | |
| | ) | **MOTION FOR LEAVE TO AMEND COMPLAINT AND PROCEED IN PRO SE** |

Now comes Plaintiff Angela D. Hayes, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and in pro se capacity because former counsel having withdrawn from this case because of questionable qualifications, as well as, a recorded conflict involving questionable attorney fees associated with this case. ([1]Also, Plaintiff due to the limited access of the Courts and Covid-19 issues requests for permission to file her pleadings and motion electronically through the Courts ECF- PACER ACCOUNT SYTEMS) A Memorandum in Support with a factual basis of the case and supportive argument in law follows.

Respectfully submitted

*Angela D. Hayes, pro se*
Angela D. Hayes, pro se
P.O. Box 6564
Cleveland, OH 44101
PLAINTIFF

---

[1] The ability to file electronically will help to not place Ms. Hayes at a disadvantage and also help to remedy problematic issues that she is currently experiencing with receiving her mail.

## MEMORANDUM IN SUPPORT

### I. FACTUAL BASIS

At the outset it should be noted that Plaintiff attempted to communicate with her former counsel, to no avail, concerning her health issues. However, after having completed medical treatment and recovery has been sustained her health is whole. Plaintiff having returned back to health and having the ability to proceed in pro se has reviewed former counsel's file and pleadings for the first time will need time to amend the complaint to include facts not pleaded, and correct facts that were inaccurately pleaded.

Here, because the now withdrawn counsel failed to communicate with his client it has placed her legal position and cause of action in peril. Moreover, Plaintiff was only recently contacted this Honorable Court's Deputy or Administrator Romito and was informed that her attorney withdrew from this case. Plaintiff received no written notice, electronic communication or letter via U.S. Postal Mail Services from former counsel, Michael A. Heller, Law Office location Suite 233, 333 Babbit Road, Euclid, Ohio 44123.

Consequently, because Plaintiff will be gathering and reviewing a plethora discovery material from multiple Defendants and may be raising an additional Monell claim against the Defendant City of Cleveland within the Amended Civil Complaint she will need additional time for filing, instead of moving to file in instanter.

II. ARGUMENT OF LAW IN SUPPORT

It is well established under Ohio law that, "[t]he language of Civ.R. 15(A) favors a liberal amendment policy and a motion for leave to amend should be granted absent a finding of bad faith, undue delay or undue prejudice to the opposing party." *Hoover v. Sumlin*, 12 Ohio St.3d 1, 6 (1984). See also Civ.R. 15(A) ("The court shall freely give leave [to amend] when justice so requires."). This rule appears to hold true in the federal judicial courts. In **Haines** v. Kerner, 404 U.S. 519 (1972). The Court not only paved the way to further extend the right to self representation, but also held that "pleadings must be liberally construed.." Id.

Additionally, in the present case. Defendants would not be prejudices an anyway because they have not yet filed an answer to the pending complaint. **federal courts** which have considered the matter have held that a motion is not a pleading within the meaning of Thus under Rule 15(a). Plaintiff should be permitted to amend her complaint as a matter of right. See Keene Lumber Co. v. Leventhal, 165 F.2d 815 (1st Cir. 1948).

## CONCLUSION

In sum, based on the facts in this instance where there is a breakdown within the attorney-client relationship, Plaintiff should be granted the leave sought. WHEREFORE, Plaintiff asks this Honorable Court to grant the relief sought including access to the Court's electronic filing system.

Respectfully submitted

3

*Angela D. Hayes, Pro Se*
Angela D. Hayes, pro se
P.O. Box 6564
Cleveland, OH 44101

PLAINTIFF

CERTIFICATE OF SERVICE

A copy of the foregoing Motion For Leave to Amend Complaint, Proceed in Pro se with a Request for Electronic Filing Access has been served via U.S. Regular Mail on this 12th day of March, 2021 to the following:

City of Cleveland
Frank G Jackson, mayor
601 Lakeside Ave.
Cleveland, OH 44114

Defendant -1

City of Cleveland Dept of Building
and Housing
Avonna Blue Donald,
Director 601 Lakeside Ave., Rm 510
Cleveland, OH 44114

Defendant -2

Angela D. Hayes
Angela D. Hayes

4