# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANGELA HAYES, et al. ) | CIVIL CASE NO. 1:21-cv-304 |
| ) | |
| Plaintiff, ) | JUDGE CHARLES E. FLEMING |
| ) | |
| vs. ) | MAGISTRATE JUDGE JONATHAN |
| ) | D. GREENBERG |
| CITY OF CLEVELAND, et al. ) | |
| ) | UNOPPOSED MOTION TO |
| Defendants. ) | WITHDRAW AS COUNSEL |

Ronald J.H. O'Leary moves this Court for permission to withdraw as counsel representing Angela Hayes and Alegna Group, LLC. O'Leary states that he has not had contact with his client since April 7, 2022 despite multiple requests to discuss this case and related matters. O'Leary further states that Hayes and Alegna have not paid the bills for legal services for February, March, and April 2022. Counsel for the City of Cleveland stated in an e-mail dated May 16, 2022 that the City does not oppose this motion.

    Respectfully submitted,

    /s/ *Ronald J.H. O'Leary*

    _____
    Ronald J.H. O'Leary (0068207)
    The O'Leary Law Firm, LLC
    4110 Franklin Blvd.
    Cleveland, Ohio 44113
    216.849.4346 (cell)
    roleary@olearylawcle.com

    Attorney for Angela Hayes and Alegna Group, LLC

# **CERTIFICATE OF SERVICE**

I certify that on May 20, 2022, I filed a copy of this Unopposed Motion To Withdraw as Counsel with the Court's electronic filing system.

/s/ *Ronald J.H. O'Leary*
_____
Ronald J.H. O'Leary (0068207)

Attorney for Angela Hayes and Alegna Group, LLC