## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA D. HAYES, et al., | ) | CASE NO. 1:21-cv-304 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER TO SHOW CAUSE** |

On May 31, 2022, the Court issued an order requiring Plaintiff Angela Hayes, in her individual capacity and as principal for Alegna Group LLC, to contact the Court by June 13, 2022 to inform the Court of three dates and times when she is available to attend a telephone conference to discuss Attorney O'Leary's Motion to Withdraw as Counsel (ECF No. 24). The Court also ordered Attorney O'Leary to provide a copy of the May 31, 2022 Order to Ms. Hayes, and the Court issued another copy of the Order to Ms. Hayes by regular mail on May 31, 2022. The same day, Attorney O'Leary filed a Notice informing the Court of the methods by which he provided notice of the Court's Order to Ms. Hayes (ECF No. 25).

Ms. Hayes has not contacted the Court to date. The Court's May 31, 2022 Order made clear that failure to contact the Court could result in an order to show cause why Plaintiffs should not be sanctioned, and that sanctions may include dismissal of this action and an award of costs to the defendants. **Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Angela Hayes, in her individual capacity and as principal for Alegna Group, LLC, must appear before the Court via Zoom video conference on July 7, 2022 at 10:00AM to show cause why the complaint should not be dismissed with prejudice, and why costs should not be awarded to Defendant City of Cleveland. Attorney O'Leary and counsel for the City of Cleveland**

shall attend this hearing.  **FAILURE BY ANGELA HAYES TO ATTEND THE SHOW CAUSE HEARING WILL RESULT IN DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE.  IF MS. HAYES DOES ATTEND, SHE MUST BE PREPARED TO FULLY EXPLAIN HER REASON(S) FOR IGNORING THE COURT'S ORDER DATED MAY 31, 2022.  FAILURE TO PROVIDE ANY VALID REASON FOR SAME WILL ALSO RESULT IN DISMISSAL OF THIS MATTER WITH PREJUDICE.**

Attorney O'Leary is further ORDERED to provide a copy of this Order to Ms. Hayes and Alegna Group, LLC, and explain to Ms. Hayes the consequences of failing to appear at the show cause hearing. The Court will mail a courtesy copy of this Order to Ms. Hayes, in her individual capacity and as principal of Alegna Group, LLC.  Included with the Order sent to Ms. Hayes will be instructions for attending the Zoom video hearing.  Those instructions will be provided to the other attendees prior to the hearing.

**IT IS SO ORDERED.**

Date: June 28, 2022

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**